**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 14-cr-00426-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.      VANESA ARACELI CHAVEZ,

      Defendant.

---

## PRELIMINARY ORDER OF FORFEITURE

---

This matter comes before the Court on the **United States' Motion for Preliminary Order of Forfeiture** [#99] filed January 8, 2016, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.  The Court having read said Motion and being fully advised in the premises finds and concludes as follows.

On November 20, 2015, the United States and defendant Vanesa Araceli Chavez entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure, *see* [#94].

The requisite nexus exists between the following property and the controlled substance violations to which defendant Vanesa Araceli Chavez pleaded guilty:

a.      $6,140.00 in United States Currency;

b.      One single shot 410 gauge Snake Charmer shotgun, serial number: 82093;

c.      Multiple Winchester .357 caliber rounds of ammunition; and

      d.      One brown ammunition bandolier belt.

Prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. ' 853(n).

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **United States' Motion for Preliminary Order of Forfeiture** [#99] filed January 8, 2016, is granted;

2.  That defendant's interest in the following property

      a.      $6,140.00 in United States Currency;

      b.      One single shot 410 gauge Snake Charmer shotgun, serial number: 82093;

      c.      Multiple Winchester .357 caliber rounds of ammunition; and

      d.      One brown ammunition bandolier belt,

is forfeited to the United States in accordance with 21 U.S.C. § 853; provided, further, that pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

3.  That the United States, or the designated sub-custodian, is directed to seize the property subject to forfeiture, and further to make its return as provided by law; and that the United States, or the designated sub-custodian, shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. ' 853(n) via a government website for at least thirty consecutive days, and shall make its return to this Court that

such action has been completed;

4.   That on adjudication of all third-party interests, if any, the Court shall enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed;

5.   That the Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings; and

6.   That this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

Dated January 27, 2016, at Denver, Colorado.

BY THE COURT:

Bob Blackburn

Robert E. Blackburn
United States District Judge